(76 Misc. Rep. 23.)

### In re SOMME.

(Supreme Court, Special Term, Queens County.　March, 1912.)

PHYSICIANS AND SURGEONS (§ 5*)—REGISTRATION—NUNC PRO TUNC ORDER.
　　The County Court has no jurisdiction to make an order directing the county clerk to enter in the "Register of Physicians and Surgeons" an applicant's name nunc pro tunc, and such an order is a nullity.
　　[Ed. Note.—For other cases, see Physicians and Surgeons; Cent. Dig. § 5; Dec. Dig. § 5.*]

Application by the People to cancel an order of the County Judge of Queens County to enter the name of Joseph Somme in the Register of Physicians and Surgeons nunc pro tunc. Granted.

Application by the people of the state of New York to cancel an order of the county judge of Queens county directing the clerk of that county to enter the name of Joseph Somme in the "Register of Physicians and Surgeons" on July 24, 1908, nunc pro tunc as of December 1, 1889. The aforementioned order was based upon the petition of Joseph Somme and the affidavits of two physicians. The respondent was graduated from the Indiana College

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

of Medicine and Obstetrics on March 12, 1888, after having pursued the study of medicine in said institution for a period of two years. On December 1, 1889, he removed to the city, county, and state of New York and opened an office for the practice of the profession of medicine in said city, and since that time was continuously engaged in the practice of the profession of medicine.

At the time of opening his said office the respondent omitted to register his diploma in the office of the clerk of the county where he practiced, and otherwise to comply with the statute. In July, 1908, after chapter 344 of the Laws of 1907 took effect, the respondent presented his aforementioned petition and affidavits to the county judge of Queens county and procured from him an order permitting him to register his name as a physician and surgeon in the book kept for that purpose in the office of the clerk of the county of Queens, and directing the county clerk of Queens county to complete such registration nunc pro tunc as of December 1, 1889.

Almuth C. Vandiver, Sp. Deputy Atty. Gen. (J. Joseph Lilly, of counsel), for the People.

James F. Barry, for respondent.

MADDOX, J.   The County Court has no jurisdiction and no authority to make the order here sought to be vacated, nor has the county judge any authority or power, statutory or otherwise, so to do, and the attempted registration of the respondent as a doctor of medicine was a nullity, and never had any vitality or effect.   Application to vacate and cancel is granted.   Settle order on notice.

Application granted.